PHILIP M. MILLER (SBN 87877)
pmiller@sjlawcorp.com
KIMBERLY A. HANCOCK (SBN 205567)
khancock@sjlawcorp.com
JULIE A. RICHARDSON (SBN 215202)
jrichardson@sjlawcorp.com
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI, Trustee, STEPHEN J. MACK, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, MARK HOLLIBUSH, Trustee, JON ROSELLE, Trustee, DOUGLAS CORNFORD, Trustee, and JAMES V. CANTERBURY, Trustee,<br><br>Plaintiffs,<br>v.<br><br>JAE JUNG KIM dba TRI-CITY BODY & PAINT; TRI-CITY BODY & PAINT, INC., a California Corporation; and DOES 1-20,<br>Defendants. | Case No.:   C 13-01597 KAW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Date:   July 9, 2013<br>Time:   1:30 p.m.<br>Courtroom 4, 3rd Floor<br>Magistrate Judge: Kandis A. Westmore |

The parties have stipulated to a 90-day continuance of the Initial Case Management Conference currently scheduled for July 9, 2013 at 1:30 p.m. in Courtroom 4, 3rd Floor of this Court, and all related case management and ADR deadlines, and seek the Court's approval for same.  The parties have further stipulated to a 60-day extension of Defendants' deadline to respond to Plaintiffs' Complaint, which is currently set for June 19, 2013, and seek the Court's approval for same.

1.     Good Cause exists for the request:  This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended by the Multiemployer Pension Plan Amendments Act of 1980 (29 U.S.C §§1001-1461 (1982)), to recover withdrawal liability

1  amounts allegedly owed by defendants Jae Jung Kim and Tri-City Body & Paint, Inc., ("Defendants") to plaintiffs Automotive Industries Pension Trust Fund and its Trustees ("Plaintiffs").

2. On April 9, 2013, plaintiffs filed a Complaint in this matter.

3. Defendants have been served and have appeared in the action as follows:

Jae Jung Kim dba Tri-City Body & Paint was served on April 29, 2013. (Dkt. 7)

Tri-City Body & Pain, Inc., a California Corporation, was served on April 29, 2013. (Dkt. 8)

4. On May 16, 2013, the parties stipulated to a 30-day extension to June 19, 2013 for Defendants to respond to the Complaint.

5. The reason for the request is that the parties wish to have time to attempt a cooperative resolution before incurring the fees involved in preparing for case management and responding to the Complaint. In the interest of minimizing costs as well as attorney's fees and the Court's time and resources, the parties would like to take the opportunity to attempt a settlement.

6. Therefore, the parties respectfully request that the Case Management Conference currently scheduled for July 9, 2013, and all of its associated deadlines, be continued for 90 days.

7. No previous requests to change these dates have been submitted. The changes will not affect any other deadline on the Court's calendar.

8. The parties also respectfully request that the Court further extend Defendants' time to respond to the Complaint by 60 days, to August 18, 2013. Because August 18, 2013 is a Sunday, Defendants' deadline to respond to Plaintiff's Complaint shall be August 19, 2013.

9. On May 16, 2013, the parties stipulated to a 30-day extension of Defendants' time to respond to the Complaint. This further extension will not affect any other deadline on the Court's calendar.

///
///
///
///

Dated: June 10, 2013

/s/ SEAN T. STRAUSS
SEAN T. STRAUSS
TRUCKER ♦ HUSS
Attorneys for Defendants
JAE JUNG KIM
TRI-CITY BODY & PAINT, INC.

Dated: June 10, 2013

/s/ JULIE RICHARDSON
JULIE RICHARDSON
SALTZMAN & JOHNSON LAW CORPORATION
Attorneys for Plaintiffs
AUTOMOTIVE INDUSTRIES PENSION TRUST FUND

**ORDER**

1. Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby continues the Initial Case Management Conference in this action from its currently scheduled date of July 9, 2013 to October 8, 2013. All other related case management and ADR deadlines are continued accordingly.

2. Furthermore, the Court hereby extends Defendants deadline to respond to Plaintiffs' Complaint to August 19, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:  June 10, 2013

KANDIS A. WESTMORE
United States Magistrate Judge