Clarissa A. Kang (SBN 210660)
Sean T Strauss (SBN 245811)
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA  94111
Telephone:     (415) 788-3111
Facsimile:       (415) 421-2017
E-mail:           ckang@truckerhuss.com
                       sstrauss@truckerhuss.com

Attorneys for Defendants
JAE JUNG KIM and
TRI-CITY BODY & PAINT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI, Trustee, STEPHEN J. MACK, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, MARK HOLLIBUSH, Trustee, JON ROSELLE, Trustee, DOUGLAS CONRFORD, Trustee, and JAMES V. CANTERBURY, Trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>JAE JUNG KIM dba TRI-CITY BODY & PAINT; TRI-CTIY BODY & PAINT, INC., a California Corporation; and DOES 1-20,<br><br>Defendants. | Case No.  4:13-cv-01597-KAW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

The parties have stipulated to a 30-day extension of Defendants' deadline to respond to Plaintiffs' Complaint, which is currently set for August 19, 2013, and seek the Court's approval for same.

1. Good cause exists for the request:  This action arises under the Employer Retirement Income Security Act of 1974 ("ERISA"), as amended by the Multiemployer Pension Plan Amendments Act of 1980 (29 U.S.C. §§ 1001-1461 (1982)), to recover withdrawal liability

amounts allegedly owed by defendants Jae Jung Kim and Tri-City Body and Paint, Inc., ("Defendants") to plaintiffs Automotive Industries Pension Trust Fund and its Trustees ("Plaintiffs").

2. On April 9, 2013, Plaintiffs filed a Complaint in this matter.

3. Defendants have been served and have appeared in the action as follows:

    a. Jae Jung Kim was served on April 29, 2013 (Dkt. 7)

    b. Tri City Body and Paint, Inc., a California Corporation, was served on April 29, 2013 (Dkt. 8)

4. On May 16, 2013, the parties stipulated to a 30-day extension to June 19, 2013, for Defendants to respond to the Complaint.

5. On June 10, 2013, the parties stipulated and requested that the Court order a continuance of the initial case management conference and a further extension of Defendants' time to respond to the Complaint. The Court endorsed the parties' stipulation on June 10, 2013.

6. The parties respectfully request that the Court further extend Defendants' time to respond to the Complaint by 30 days, to Wednesday, September 18, 2013.

7. The reason for the request is that the parties wish to have additional time to attempt a cooperative resolution of this matter prior to incurring the fees involved in responding to the Complaint. In the interest of minimizing costs as well as attorney's fees and the Court's time and resources, the parties would like to take the opportunity to attempt a settlement.

8. This is the second request the parties have made to extend time to respond to the Complaint:

    a. On May 16, 2013, the parties stipulated to a 30-day extension of Defendants' time to respond to the Complaint.

    b. On June 10, 2013, the parties stipulated and requested that the Court order a 60-day extension of Defendants' time to respond to the Complaint.

9. This further extension will not affect any other deadline on the Court's calendar.

///

///

Trucker ♦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT;
Case No. 4:13-cv-01597-KAW
#1360351

2

DATED:  August 14, 2013                TRUCKER ✦ HUSS

                                        By: /s/Sean T. Strauss
                                            Sean T. Strauss
                                            Attorneys for Defendants
                                            JAE JUNG KIM and TRI-CITY BODY &
                                            PAINT, INC.

DATED:  August 14, 2013                SALTZMAN & JOHNSON LAW COPORATION

                                        By: /s/Anne M. Bevington
                                            Anne M. Bevington
                                            Attorneys for Plaintiffs
                                            AUTOMOTIVE INDUSTRIES PENSION
                                            TRUST FUND

I attest that my firm has obtained Ms. Bevington's concurrence in the filing of this document.

DATED:  August 14, 2013

                                        By: /s/Sean T. Strauss
                                            Sean T. Strauss
                                            Attorneys for Defendants
                                            JAE JUNG KIM and TRI-CITY BODY &
                                            PAINT, INC.

**ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby extends Defendants' deadline to respond to Plaintiffs' Complaint to September 18, 2013.

**PURSUANT TO STIPLUATION, IT IS SO ORDERED.**

Date: 8/16/13

*Kandis Westmore*

MAGISTRATE JUDGE KANDIS A. WESTMORE
UNITED STATES DISTRICT JUDGE